IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PAUL B. CHAMPION,

    Plaintiff,

v.   No. 12-1090

WEST TENNESSEE EXPLORATION, INC.,
WEST TENNESSEE EXPLORATION CO., INC.,
and DANNIE D. SCHOOLCRAFT,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION, PERMITTING
INDIVIDUAL DEFENDANT TO PROCEED *PRO SE* AND DIRECTING ENTRY
OF DEFAULT AGAINST CORPORATE DEFENDANTS
_____

Pursuant to an order of reference, the magistrate judge, on January 15, 2013, entered a report and recommendation recommending that Defendant Schoolcraft be permitted to proceed in this matter *pro se* and that default be entered as sanctions against Defendants West Tennessee Exploration, Inc. and West Tennessee Exploration Company, Inc. for their failure to comply with orders of this Court. (D.E. 48.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED this 5th day of February 2013.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE