IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PAUL B. CHAMPION,

    Plaintiff,

v.                                                 No. 12-1090

WEST TENNESSEE EXPLORATION,
INC., *et al.*,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION RECOMMENDING
THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS WEST TENNESSEE EXPLORATION, INC. AND
WEST TENNESSEE EXPLORATION COMPANY, INC. BE GRANTED

_____

      Pursuant to an order of reference, the magistrate judge, on May 14, 2013, entered a report and recommendation recommending that Plaintiff's motion for default judgment against Defendants West Tennessee Exploration, Inc. and West Tennessee Exploration Company, Inc. be granted, along with a sum certain for damages, attorney fees and expenses. (D.E. 67.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

      Upon review of the report and motion papers, the report and recommendation that the motion for default judgment be granted, along with a sum certain for damages, attorney fees and expenses, is hereby ADOPTED in its entirety.

      IT IS SO ORDERED this 4th day of June 2013.

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE