IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PAUL B. CHAMPION,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   Civil Action No. 1:12-cv-1090<br>) |
| DANNIE D. SCHOOLCRAFT,<br>    Defendant. | )<br>) |

## REPORT AND RECOMMENDATION

On July 17, 2013, Attorney James P. Barnett, Jr. submitted a Motion and Affidavit to the Court [D.E. 74] regarding attorney's fees and expenses, in response to the Magistrate Judge's Report and Recommendation on July 15, 2013 recommending default, as well as the final pre-trial conference of the same date, which Defendant failed to attend. Plaintiff's attorney asks for fees and expenses totaling $14,292.40.

The Court finds the fees and expenses outlined in the affidavit to be reasonable and necessary under the circumstances. IT IS THEREFORE RECOMMENDED that Defendant pay the amount of fees and expenses requested in the declaration, $14,292.40.

Respectfully Submitted,

                                  <u>s/Edward G. Bryant</u>
                                  EDWARD G. BRYANT
                                UNITED STATES MAGISTRATE JUDGE

                                Date:   **July 23, 2013**

ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATIONS MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATIONS. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.