IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PAUL B. CHAMPION,

    Plaintiff,

v.    No. 12-1090

WEST TENNESSEE EXPLORATION,
INC., *et al.*,

    Defendants.

_____

ORDER ADOPTING REPORTS AND RECOMMENDATIONS RECOMMENDING
THAT DEFAULT JUDGMENT BE ENTERED AGAINST
DEFENDANT DANNIE SCHOOLCRAFT AND THAT PLAINTIFFS' COUNSEL
BE AWARDED ATTORNEYS' FEES AND EXPENSES
_____

Pursuant to orders of reference, the magistrate judge, on July 15 and 23, 2013, entered reports and recommendations recommending that default judgment be entered against Defendant Dannie Schoolcraft and that attorneys' fees and expenses be awarded to Plaintiff's counsel in the amount of $14,292.40.  (D.E. 72, 77.)  To date, no objections to the reports and recommendations have been filed and the time for such objections has expired.

Upon review of the reports and motion papers, the reports and recommendations that default judgment be entered against Defendant Schoolcraft, and that attorneys' fees and expenses be awarded to Plaintiff's counsel, are hereby ADOPTED in their entireties.

IT IS SO ORDERED this 14th day of August 2013.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE